Jennifer Bergh (State Bar No. 305219)
jbergh@qslwm.com
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75021
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EHLERS and MONICA EHLERS,<br><br>Plaintiffs,<br><br>v.<br><br>DISCOVER BANK, TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:21-cv-05201<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |

Defendant Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. § 1446(d) and in support thereof would respectfully show the Court as follows:

## I.   PROCEDURAL BACKGROUND

1.   On or about May 19, 2021, Plaintiffs Jonathan Ehlers and Monica Ehlers ("Plaintiffs") filed the Complaint in this action in the Superior Court of California, County of Los Angeles, Case No. 21STCV18980 ("State Court Action"), alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.*, against Trans Union, Discover Bank ("Discover"), and Experian Information

Solutions, Inc. ("Experian") (collectively, "Defendants").  Discover was dismissed on June 21, 2021.

2. The time period for filing a responsive pleading in the Superior Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Trans Union was served with Plaintiffs' Complaint on May 27, 2021. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## II. GROUNDS FOR REMOVAL

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1446(b).  In the Complaint, Plaintiffs seek damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.  Removal is thus proper because Plaintiffs' claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a).

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union LLC was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiffs' action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the Central District of California, Southern Division because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff sand will file a copy of this Notice of Removal with the Superior Court of California, County of Orange, as required by 28 U.S.C. § 1446(d).

5060052.2

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant Trans Union in the State Court Action is attached hereto as **Exhibit A**.

9. Trial has not commenced in the Superior Court of California, County of Los Angeles.

10. All Defendants, who have been served upon the date of filing this Notice of Removal, consent to the removal of this case. A Joinder in the Removal from Experian is attached hereto as **Exhibit B**.

WHEREFORE, Trans Union respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED: June 25, 2021

QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.

By: */s/ Jennifer Bergh*
Jennifer Bergh
Counsel for Trans Union LLC

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF DALLAS**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Dallas, State of Texas. My business address is 2001 Bryan Street, Suite 1800, Dallas, TX 75021.

On June 25, 2021, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 25, 2021, at Dallas, Texas.

*/s/ Jennifer Bergh*
Jennifer Bergh

5060052.2

| | |
|---|---|
| 1 | **SERVICE LIST** |

| | |
|---|---|
| Todd M. Friedman | Ani Ghazikhanian |
| tfriedman@toddflaw.com | aghazikhanian@jonesday.com |
| Adrian R. Bacon | Jones Day |
| abacon@toddflaw.com | 3161 Michelson Dr, Suite 800 |
| Law Offices of Todd M. Friedman, P.C. | Irvine, CA 92612 |
| 21550 Oxnard Street, Suite 780 | (949) 553-7562 |
| Woodland Hills, CA, 91367 | ***Counsel for Experian Information Solutions, Inc.*** |
| (323) 306-4234 | |
| (866) 633-0228 Fax | |
| ***Counsel for Plaintiffs*** | |

5060052.2